# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-05160 JAK (JCGx) | Date | March 12, 2012 |
| Title | Marjorie McGill v. UNUM Life Insurance Company of America, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On March 8, 2012, plaintiff filed "Notice of Settlement" (Dkt. 25). The Court sets an Order to Show Cause re Dismissal for April 16, 2012 at 1:30 p.m. If the parties file a dismissal by April 12, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The July 2, 2012 status conference and December 18, 2012 court trial are vacated.

**IT IS SO ORDERED.**

|  |  : |
|---|---|
| Initials of Preparer | ak |