# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE MCGILL, an individual, | Case No.: CV11-05160 JAK (JCGx) |
| Plaintiff, | ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, ADMINISTRATOR OF THE HCA MANAGEMENT SERVICES, L.P. ON BEHALF OF HCA'S AFFILIATED FACILITIES (LOS ROBLES HOSPITAL AND MEDICAL CENTER) LONG TERM DISABILITY PLAN | |
| Defendants. | |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice, each party to bear their own costs, expenses and attorneys' fees.

DATED: March 30, 2012

Hon. John A. Kronstadt
United States District Judge